UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____
                                          |
OLD REPUBLIC NATIONAL TITLE               |
INSURANCE COMPANY, a Minnesota corporation,|        Case No. 1:08-cv-796
                                          |
        Plaintiff,                        |
                                          |
            v.                            |        HONORABLE PAUL L. MALONEY
                                          |
ESCROW AND TITLE SERVICES, INC.,          |
d/b/a Bell Title Company,                 |
                                          |
        Defendant.                        |
                                          |
_____

**ORDER**
**Denying as Moot the Defendant's First Motion to Dismiss the Amended Complaint**


ORT filed an amended complaint on December 2, 2009.  With an extension of time, Bell

filed a motion to dismiss the amended complaint for failure to state a claim, or in the alternative for

summary judgment, on January 15, 2010.  Later that same day, Bell filed a corrected motion.

Defendant's first motion to dismiss the amended complaint [doc. #33] is **DENIED as moot.**

Defendant's *corrected* motion to dismiss the amended complaint [doc. #35] remains pending.

This is not a final and immediately appealable order.

**IT IS SO ORDERED** on this ___19th___ day of January 2010.


                                          /s/ Paul L. Maloney_____
                                          Honorable  Paul L. Maloney
                                          Chief United States District Judge